IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MARTIN, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>GNC HOLDINGS, INC., JOSEPH M. FORTUNATO, MICHAEL M. NUZZO, ANDREW S. DREXLER, MICHAEL G. ARCHBOLD, TRICIA K. TOLIVAR, and PATRICK A. FORTUNE,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  Civil No. 2:15-cv-01522 (NBF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

 Kindly enter my appearance in the above-captioned case for Defendants GNC Holdings, Inc., Joseph M. Fortunato, Michael M. Nuzzo, Andrew S. Drexler, Michael G. Archbold, Tricia K. Tolivar, and Patrick A. Fortune.

Dated: December 17, 2015

             REED SMITH LLP

             By: */s/ Jarrod D. Shaw*
               Mary J. Hackett, Esquire
               PA ID No. 51215
               Jarrod D. Shaw, Esquire
               PA ID No. 93459
               225 Fifth Avenue
               Pittsburgh, PA 15222-2716
               mhackett@reedsmith.com
               jshaw@reedsmith.com
               Tel: (412) 288-3013
               Fax: (412) 288-3063
               **Counsel for Defendants**

## CERTIFICATE OF SERVICE

     I hereby certify that on December 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

                                            */s/* Jarrod D. Shaw
                                            Jarrod D. Shaw
                                            *Counsel for Defendants*