UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MARTIN, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 2:15-cv-01522-NBF |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GNC HOLDINGS, INC., JOSEPH M. FORTUNATO, MICHAEL M. NUZZO, ANDREW S. DREXLER, MICHAEL G. ARCHBOLD, TRICIA K. TOLIVAR, and PATRICK A. FORTUNE, | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE***

COMES NOW, William H. Narwold, counsel for KBC Asset Management NV, and respectfully submits the following Verified Motion for Admission to Appear *Pro Hac* Vice on behalf of himself, and in support of his admission *pro hac* vice, represents:

1. William H. Narwold is a resident of the State of Connecticut.

2. William H. Narwold is a current and active member of the state bars of Connecticut, the District of Columbia, New York and South Carolina.

3. William H. Narwold is an attorney and a member in the law firm of Motley Rice LLC with an office located at One Corporate Center, 20 Church St., 17th Floor, Hartford CT 06103. (Telephone No.: 860-882-1676).

4. William H. Narwold has been retained as a member of the above named law firm on December 14, 2015 by KBC Asset Management NV to provide legal representation in connection with the above-styled matter now pending before this Court.

1

5. William H. Narwold is an active member in good standing and is currently eligible to practice law in Connecticut with bar number of 300110, in New York with bar number 4616108, in South Carolina with bar number 73977 and in the District of Columbia with bar number 502352.

6. William H. Narwold is admitted to practice before the U.S. Supreme Court, U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh, D.C., and Federal Circuits, U.S. District Court for the District of Colorado, District of Connecticut, Eastern and Southern Districts of New York, and the District of South Carolina.

7. There are no disciplinary actions pending against William H. Narwold, and he has never been subject to any disciplinary, suspension or disbarment proceedings.

8. William H. Narwold, either by resignation, withdrawal, or otherwise, has never terminated or attempted to terminate his office as an attorney in order to avoid administrative, disciplinary, suspension, or disbarment proceedings.

9. William H. Narwold hereby certifies that he is a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

10. William H. Narwold hereby certifies that he has read, knows, and understands the Local Rules of Court for the Western District of Pennsylvania.

WHEREFORE, William H. Narwold respectfully requests permission to appear in this Court for this matter.

Dated: January 6, 2016                                                  Respectfully submitted,

                                                                        **MOTLEY RICE LLC**

                                                                        */s/ William H. Narwold*
                                                                        William H. Narwold

3

One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682
Email: bnarwold@motleyrice.com

*Counsel for KBC Asset Management NV*

Case 2:15-cv-01522-MRH   Document 22   Filed 01/06/16   Page 3 of 3