UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MARTIN, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 2:15-cv-01522-NBF |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GNC HOLDINGS, INC., JOSEPH M. FORTUNATO, MICHAEL M. NUZZO, ANDREW S. DREXLER, MICHAEL G. ARCHBOLD, TRICIA K. TOLIVAR, and PATRICK A. FORTUNE, | : | |
| | : | |
| Defendants. | : | |

**DECLARATION BY COUNSEL**

I, William H. Narwold, hereby declare, under penalty of perjury, that I am the Movant in the above-styled matter, and:

1. I am an active member in good standing and currently eligible to practice law in Connecticut with bar number of 300110, in New York with bar number 4616108, in South Carolina with bar number 73977 and the District of Columbia with bar number 502352.

2. I am admitted to practice before the U.S. Supreme Court, U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh, D.C., and Federal Circuits, U.S. District Court for the District of Colorado, District of Connecticut, Eastern and Southern Districts of New York, and the District of South Carolina.

3. I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania; and

1

4. I have read, know, and understand the Local Rules of Court for the Western District of Pennsylvania.

Dated: January 6, 2016

Respectfully submitted,

**MOTLEY RICE LLC**

*/s/ William H. Narwold*
William H. Narwold
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682
Email: bnarwold@motleyrice.com

*Counsel for KBC Asset Management NV*