UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MARTIN, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 2:15-cv-01522-NBF |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GNC HOLDINGS, INC., JOSEPH M. FORTUNATO, MICHAEL M. NUZZO, ANDREW S. DREXLER, MICHAEL G. ARCHBOLD, TRICIA K. TOLIVAR, and PATRICK A. FORTUNE, | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

This matter came before the Court on Plaintiff's Motion for Admission to Appear Pro Hac Vice of William H. Narwold to participate in these Proceedings. The Court finds the Motion well taken and therefore,

IT IS ADJUDGED that the Motion for Admission to Appear Pro Hac Vice of William H. Narwold is hereby granted.

Done and Ordered this _____ day of _____, 20__.

BY THE COURT:

_____
J.

1