UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MARTIN, Individually and on Behalf of All Others Similarly Situated, | : : : | Case No. 2:15-cv-01522-NBF |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| GNC HOLDINGS, INC., JOSEPH M. FORTUNATO, MICHAEL M. NUZZO, ANDREW S. DREXLER, MICHAEL G. ARCHBOLD, TRICIA K. TOLIVAR, and PATRICK A. FORTUNE, | : : : : : : | |
| Defendants. | : | |

**MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE***

COMES NOW, Gregg S. Levin, counsel for KBC Asset Management NV, and respectfully submits the following Verified Motion for Admission to Appear *Pro Hac* Vice on behalf of himself, and in support of his admission *pro hac* vice, represents:

1. Gregg S. Levin is a resident of the State of South Carolina.

2. Gregg S. Levin is a current and active member of the state bars of Massachusetts, the District of Columbia and South Carolina.

3. Gregg S. Levin is an attorney and a member in the law firm of Motley Rice LLC with an office located at 28 Bridgeside Blvd., Mount Pleasant, SC 29464. (Telephone No.: 843-216-9000).

4. Gregg S. Levin has been retained as a member of the above named law firm on December 14, 2015 by KBC Asset Management NV to provide legal representation in connection with the above-styled matter now pending before this Court.

1

5. Gregg S. Levin is an active member in good standing and is currently eligible to practice law in South Carolina with bar number of 77643, in Massachusetts with bar number 563771 and in the District of Columbia with bar number 421725.

6. Gregg S. Levin is admitted to practice before the U.S. Court of Appeals for the First, Second, Third, Fifth, Ninth, and Eleventh Circuits, and the U.S. District Court for the Districts of Massachusetts and Colorado.

7. There are no disciplinary actions pending against Gregg S. Levin, and he has never been subject to any disciplinary, suspension or disbarment proceedings.

8. Gregg S. Levin, either by resignation, withdrawal, or otherwise, has never terminated or attempted to terminate his office as an attorney in order to avoid administrative, disciplinary, suspension, or disbarment proceedings.

9. Gregg S. Levin hereby certifies that he is a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

10. Gregg S. Levin hereby certifies that he has read, knows, and understands the Local Rules of Court for the Western District of Pennsylvania.

   WHEREFORE, Gregg S. Levin respectfully requests permission to appear in this Court for this matter.

Dated: January 12, 2016                        Respectfully submitted,

                                               **MOTLEY RICE LLC**

                                               */s/ Gregg S. Levin*
                                               Gregg S. Levin
                                               28 Bridgeside Blvd.
                                               Mt. Pleasant, SC 29464
                                               Telephone:   (843) 216-9000

3

        Facsimile:    (843) 216-9450
        Email:    glevin@motleyrice.com

*Counsel for KBC Asset Management NV*