UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MARTIN, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 2:15-cv-01522-NBF |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GNC HOLDINGS, INC., JOSEPH M. FORTUNATO, MICHAEL M. NUZZO, ANDREW S. DREXLER, MICHAEL G. ARCHBOLD, TRICIA K. TOLIVAR, and PATRICK A. FORTUNE, | : | |
| | : | |
| Defendants. | : | |

**DECLARATION BY COUNSEL**

I, Gregg S. Levin, hereby declare, under penalty of perjury, that I am the Movant in the above-styled matter, and:

1. I am an active member in good standing and currently eligible to practice law in South Carolina with bar number of 77643, in Massachusetts with bar number 563771 and in the District of Columbia with bar number 421725.

2. I am admitted to practice before the U.S. Court of Appeals for the First, Second, Third, Fifth, Ninth, and Eleventh Circuits, and the U.S. District Court for the Districts of Massachusetts and Colorado.

3. I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania; and

4. I have read, know, and understand the Local Rules of Court for the Western District of Pennsylvania.

2

Dated: January 12, 2016              Respectfully submitted,

**MOTLEY RICE LLC**

*/s/ Gregg S. Levin*
Gregg S. Levin
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:    (843) 216-9000
Facsimile:     (843) 216-9450
Email:           glevin@motleyrice.com

*Counsel for KBC Asset Management NV*