# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MARTIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GNC HOLDINGS, INC., JOSEPH M. FORTUNATO, MICHAEL M. NUZZO, ANDREW S. DREXLER, MICHAEL G. ARCHBOLD, TRICIA K. TOLIVAR, and PATRICK A. FORTUNE,<br><br>Defendants. | Civil No. 2:15-cv-01522 (MRH) |

## MOTION FOR ADMISSION PRO HAC VICE OF KOJI F. FUKUMURA

Koji F. Fukumura, undersigned counsel for Defendants GNC Holdings, Inc., Joseph M. Fortunato, Michael M. Nuzzo, Andrew S. Drexler, Michael G. Archbold, Tricia K. Tolivar, and Patrick A. Fortune ("Defendants"), hereby moves that Declarant be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration of Koji F. Fukumura In Support of Motion For Admission Pro Hac Vice, filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: San Diego, California
       January 14, 2016                                     Respectfully Submitted,


                                                              /s/ Koji F. Fukumura
                                                             Koji F. Fukumura
                                                             **Cooley LLP**
                                                             4401 Eastgate Mall

- 2 -

        San Diego, CA 92121
        Tel.: (858) 550-6000
        Fax: (858) 550-6420
        kfukumura@cooley.com

*Counsel for Defendants GNC Holdings, Inc., Joseph M. Fortunato, Michael M. Nuzzo, Andrew S. Drexler, Michael G. Archbold, Tricia K. Tolivar, and Patrick A. Fortune*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/* Koji F. Fukumura

*Counsel for Defendants GNC Holdings, Inc., Joseph M. Fortunato, Michael M. Nuzzo, Andrew S. Drexler, Michael G. Archbold, Tricia K. Tolivar, and Patrick A. Fortune*