IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MARTIN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>GNC HOLDINGS, INC., JOSEPH M. FORTUNATO, MICHAEL M. NUZZO, ANDREW S. DREXLER, MICHAEL G. ARCHBOLD, TRICIA K. TOLIVAR, and PATRICK A. FORTUNE,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Civil No. 2:15-cv-01522 (MRH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF KOJI F. FUKUMURA IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

    I, Koji F. Fukumura, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants GNC Holdings, Inc., Joseph M. Fortunato, Michael M. Nuzzo, Andrew S. Drexler, Michael G. Archbold, Tricia K. Tolivar, and Patrick A. Fortune ("Defendants") in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    I, Koji F. Fukumura, an attorney, declare the following under penalty of perjury pursuant 28 U.S.C. § 1746:

    1.    I am a Partner of the law firm Cooley LLP.

    2.    My business address is 4401 Eastgate Mall, San Diego, California 92121.

    3.    I am a member in good standing of the bars of the State of California and State of Colorado. I was admitted to the bar of the Commonwealth of Pennsylvania, but my bar admission is inactive.

4.   My California bar registration number is 189719 (admitted August 26, 1997).  My Colorado bar registration number is 23673 (admitted January 4, 1994).

5.   A current certificate of good standing from California is attached to this Declaration as Exhibit A.  A list of the United States courts to which I am admitted and in good standing includes:  United States District Court, Southern District of California; United States District Court, Northern District of California; United States District Court, Central District of California.  Also, I was admitted to the U.S. District Court, Eastern District of Pennsylvania, and U.S. District Court, Middle District of Pennsylvania, but my admissions are inactive.

6.   I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7.   I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8.   Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: January 13, 2016

By: _____
Koji F. Fukumura
California Bar No. 189719