# Exhibit A –

# Certificate of Good Standing

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 11, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KOJI FRANCIS FUKUMURA, #189719 was admitted to the practice of law in this state by the Supreme Court of California on August 26, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records