**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JAMES MARTIN,

Plaintiff,

v. 2:15-cv-1522

GNC HOLDINGS, INC. ET AL, **ELECTRONICALLY FILED**

Defendants.

**JUDGMENT**

AND NOW, this 3rd day of October, 2017, it is hereby ORDERED that pursuant to Rule 58 of the Federal Rules of Civil Procedure FINAL JUDGMENT is entered in favor of the Defendants and against the Plaintiff.

Mark R. Hornak
United States District Judge

cc: All counsel of record